**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| THADDEUS NORRIS, ERIC WALLACE, AHMAD WALTON, VINTRELL WHITE, and ENOCH ZARCENO-TURNER, on behalf of the themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHELBY COUNTY, TENNESSEE; MAYOR MICKELL M. LOWERY, in his official capacity; SHERIFF ANTHONY J. BUCKNER, in his official capacity; and SHELBY COUNTY COMMISSIONERS SHANTE AVANT, RHONDA O'DELL, MICHELE DIAL, MARK BILLINGSLEY, CHARLIE CASWELL, JR., HENRI E. BROOKS, WILL RICHARDSON, DR. KAREN STREETER, LASHANTA RUDD, MISKA CLAY-BIBBS, ERIKA SUGARMON, and AMBER HUETT-GARCIA, in their official capacities,<br><br>Defendants. | No. 2:26-cv-3186-SHL-atc |

**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR EXPEDITED DISCOVERY AND SETTING DEADLINES**

Before the Court is Plaintiffs' Motion for Expedited Discovery, filed on October 16, 2026. (ECF No. 14.) The Court held a hearing on the Motion on October 22, 2026. (ECF No. 21.) At the hearing, the Court explained that it was **GRANTING IN PART AND DENYING IN PART** the Motion. The Motion is granted to the extent that Plaintiffs shall be entitled to expedited discovery, but denied as to the deadlines proposed in the Motion. Instead, as explained at the hearing, the following discovery and other deadlines shall apply:

The inspection of the Shelby County Jail at 201 Poplar Avenue by Plaintiffs' three experts shall be conducted over a two-day period by **November 25, 2026**.

Plaintiffs shall serve their written discovery, as limited by the terms described in the Motion, on Defendants by **October 29, 2026**. Defendants' deadline to respond to the written discovery is **November 30, 2026**.

Defendants' shall file their answer to the Complaint (ECF No. 1), as well as their response to Plaintiffs' Motion for Preliminary Injunction (ECF No. 17), by **November 30, 2026**.

The deadline for Plaintiffs to conduct the deposition of Defendants' 30(b)(6) witness or witnesses, as also limited by the terms described in the Motion, is **December 18, 2026**.

The Parties shall file any additional briefing related to Plaintiffs' Motion for Preliminary Injunction by **December 31, 2026**.

The Court will conduct a hearing on Plaintiffs' Motion for Preliminary Injunction at **9:00 a.m. January 7, 2027**.[1]

Defendants' deadline to respond to Plaintiffs' Motion for Class Certification and Appointment of Class Counsel (ECF No. 16) is **January 15, 2027**.

**IT IS SO ORDERED** this 22nd day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

[1] At the hearing, the Court instructed the Parties that, to the extent the January 7 hearing date conflicts with the schedule of any of the expert witnesses that they intend to call, they should notify the Court as soon as possible so that the hearing can promptly be rescheduled.